FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

2010 P 3: 52

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | Case No. 1:09-M-4452-VHL |
| **DIANE TAIT** | * | WDQ-10-0194 |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF APPEAL

Notice is hereby given that the above-named defendant, Diane Tait, hereby appeals to the United States District Court for the District of Maryland from the judgment and sentence imposed in this action as set forth in open court on March 12, 2010 by the United States Magistrate Judge.

March 25, 2010
Date

_____
FRANKLIN W. DRAPER (#26316)
Assistant Federal Public Defender
100 South Charles Street
Tower II, Suite 1100
Baltimore, Maryland 21201
(410) 962-3962
(410) 962-0872 (fax)
Email: Frank_Draper@FD.org

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2010, a copy of the foregoing motion was sent via U.S. mail and facsimile to counsel: Christopher Romano, Assistant United States Attorney, 36 South Charles Street, Fourth Floor, Baltimore, Maryland, 21201.

_____
FRANKLIN W. DRAPER
Assistant Federal Public Defender