IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND, NORTHERN DIVISION

|   |   |   |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| v. | * | CRIMINAL NO.: WDQ-10-0194 |
| DIANE TAIT | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

MEMORANDUM OPINION

Diane Tait has appealed her conviction under 50 C.F.R. § 27.61 for removing private property from a boat in Chincoteague, Virginia. Pending is the Government's motion to dismiss the appeal for improper venue. For the following reasons, that motion will be denied, and the appeal will be transferred to the United States District Court for the Eastern District of Virginia.

I. Background

On September 5, 2009, Diane Tait was charged under 50 C.F.R. § 27.61 for removing private property from a fishing vessel "Frieda Marie" located in Chincoteague, Virginia within the Chincoteague National Wildlife Refuge. On March 12, 2010, Tait was convicted of that offense by United States Magistrate

Judge Victor H. Laws III of the District of Maryland.[1]  On March 25, 2010, Tait appealed that decision to the United States District Court for the District of Maryland.  Paper No. 1.  On April 2, 2010, the Government moved to dismiss that appeal.  Paper No. 3.

II. Analysis

The Government argues that because Tait's offense was committed in the Eastern District of Virginia, 18 U.S.C. § 3402 requires the appeal to have been filed there.  Gov't Mot. ¶ 5.  Tait responds that she "was not advised that an appeal must be filed in a different district from where her case was tried, and the judgment [was] entered."  Def. Opp. ¶ 5.

Under 18 U.S.C. § 3402, a defendant convicted by a magistrate judge has an appeal of right to "a judge of the district court of the district in which the offense was committed."[2]  If an appeal of a conviction by a magistrate judge is filed in the wrong federal court, 28 U.S.C. § 1631 permits transfer of an appeal, if it is in the interest of justice, to

---

[1]  By Joint Order of the chief judges for the District of Maryland and the Eastern District of Virginia, Judge Laws is "authorized to conduct the duties set forth at 28 U.S.C. § 636(a) within . . . Chincoteague National Wildlife Refuge (including the portions thereof situated in the Eastern District of Virginia)."  See Paper No. 7, Ex. 2 at 1.

[2]  A magistrate judge must advise a defendant "of [her] right to appeal the conviction and of any right to appeal the sentence."  Fed. R. Crim. P. 58(c)(4).

2

the proper court.  *See United States v. McBride*, 149 F.3d 1175, 1998 WL 713804, at *1 (5th Cir. 1998).  Here, it is in the interest of justice to transfer Tait's appeal because she will otherwise be time barred from pursuing an appeal of her criminal conviction.  *See id*.

Accordingly, the Government's motion to dismiss will be denied, and Tait's appeal will be transferred to the United States District Court for the Eastern District of Virginia.


<u>May 14, 2010</u>                         <u>          /s/               </u>
Date                                              William D. Quarles, Jr.
                                                   United States District Judge